IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:12-CV-337-WKW |
| | ) |
| REAL ESTATE SERVICES OF | ) |
| DOTHAN and DAN WILLIAMS, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On May 21, 2012, the Magistrate Judge filed a Recommendation (Doc. # 9) regarding Plaintiff's failure to pay the civil action filing fee. Plaintiff filed a timely objection to the Magistrate Judge's Recommendation. (Doc # 10.) The court reviews *de novo* the portion of the Recommendation to which the objections apply. 28 U.S.C. § 636(b)(1).

Plaintiff's objection requests that Defendants be served even if she is not allowed to proceed *in forma pauperis*. (Doc. # 10, at 1.) However, Plaintiff does not address her failure to pay the required filing fee. Plaintiff has been given ample time to pay this fee and has failed to do so. Furthermore, it would be a waste of judicial resources to serve an action upon Defendants that is due to be dismissed for Plaintiff's failure to pay her filing fee.

Accordingly, it is ORDERED that:

1. Plaintiff's objection (Doc. # 10) is OVERRULED;

2. the Recommendation of the Magistrate Judge (Doc. # 9) is ADOPTED; and

3. this case is DISMISSED without prejudice due to Plaintiff's failure to pay the civil action filing fee within the time allowed by the court.

A separate final judgment will be entered.

DONE this 5th day of June, 2012.

> /s/ W. Keith Watkins
> CHIEF UNITED STATES DISTRICT JUDGE